UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TINA CONYERS,<br><br>               Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>               Defendant. | CASE NO. 1:15-cv-593 |

## COMPLAINT

### I.    INTRODUCTION

1. This is an action brought by Plaintiff Tina Conyers for statutory and actual damages, costs of the action, a reasonable attorney's fee and all other damages allowed by law from Defendant for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

### II.    JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331 and 1337.

### III.    PLAINTIFF

3. Plaintiff Tina Conyers is a natural person residing in Henry County, Indiana.

### IV.    DEFENDANT

4. Defendant Enhanced Recovery Company, LLC is a for-profit foreign limited liability company with its principal place of business in Jacksonville, Florida.

5. At all times referenced herein, Enhanced Recovery Solutions, LLC was operating as a debt collector as defined by 15 U.S.C. § 1692a(6).

### V.    STATEMENT OF FACTS

6. In or about September 2014, Defendant initiated communication with Plaintiff concerning a debt alleged to be owed by Plaintiff.

7. The alleged debt was a credit card that was used primarily for personal, family or household purposes.

8. By letter dated September 25, 2014 (attached hereto as Exhibit A), Plaintiff timely requested validation of the debt.

9. The September 25, 2014 letter also requested that Defendant cease further communication with Plaintiff, except for the purpose of advising Plaintiff that the debt collector's further efforts are being terminated or that Defendant intends to invoke a specified remedy.

10. Defendant never provided validation of the alleged debt to Plaintiff.

11. Defendant sent Plaintiff a dunning letter on March 16, 2015 (attached hereto as Exhibit B).

12. On April 9, 2015, Defendant called Plaintiff in an attempt to collect the alleged debt.

## VI.   CLAIMS FOR RELIEF

### A.  Fair Debt Collection Practices Act

13. Plaintiff repeats, re-alleges and incorporates by reference paragraphs one through twelve above.

14. Defendant violated the Fair Debt Collection Practices Act. These violations include, but are not limited to:

    a. Failing to cease collection of the alleged debt until Defendant obtains verification of the debt and mails it to Plaintiff, in violation of 15 U.S.C. § 1692g(b);

    b. Failing to cease further communication with Plaintiff after Plaintiff advised Defendant in writing that Plaintiff wished Defendant to cease further communication concerning the debt, in violation of 15 U.S.C. § 1692c(c).

15. As a result of the violation of the Fair Debt Collection Practices Act, Defendant is liable to Plaintiff for her actual damages, statutory damages, costs, attorney fees and all other appropriate relief.

   WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and against Defendant in an amount that will compensate her for her actual damages, statutory damages, costs, attorney fees and all other appropriate relief.

Respectfully submitted,

 *s/ Robert E. Duff*
Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN 46037
800-817-0461
robert@robertdufflaw.com